IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBRA LYNN RANDELL,   No. CIV S-07-2381-MCE-CMK

    Plaintiff,

  vs.   ORDER

STEPHEN H. BAKER, et al.,

    Defendants.

_____/

        Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court is plaintiff's document entitled "Request for Entry of Default and For Clerk's Default Judgment" (Doc. 11), filed on December 13, 2007. Plaintiff asserts that entry of default is appropriate because defendants have not responded to the complaint despite having been properly served. Plaintiff is incorrect. Both named defendants appeared in this action on December 4, 2007, by way of their motion to dismiss.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for entry of default is denied.

DATED: December 17, 2007

                                        /s/ Craig M. Kellison
                                        CRAIG M. KELLISON
                                        UNITED STATES MAGISTRATE JUDGE