1

2

3

4

5

6              **IN THE UNITED STATES DISTRICT COURT**

7           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    DEBRA LYNN RANDELL,                    No. CIV S-07-2381-MCE-CMK

10            Plaintiff,

11        vs.                               ORDER

12   STEPHEN H. BAKER, et al.,

13            Defendants.

14   _____/

15           Plaintiff, who is proceeding pro se, brings this civil action.  Pursuant to Eastern

16   District of California Local Rule 78-230(h), the hearing scheduled for January 15, 2008, at 10:00

17   a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is

18   submitted on the record and briefs.

19           IT IS SO ORDERED.

20

21    DATED:  January 7, 2008

22

23   _____
     **CRAIG M. KELLISON**
     UNITED STATES MAGISTRATE JUDGE

24

25

26

                                   1