IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA LYNN RANDELL, | No. CIV S-07-2381-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| STEPHEN H. BAKER, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. This matter is set for a scheduling conference on April 23, 2008. The court finds it appropriate to vacate this hearing pending consideration by the district judge of separate findings and recommendations regarding defendants' unopposed motion to dismiss.

IT IS SO ORDERED.

DATED: March 26, 2008

						_____
						**CRAIG M. KELLISON**
						UNITED STATES MAGISTRATE JUDGE

1